No. 33. INTERNATIONAL TEXTBOOK COMPANY, APPELLANT, *v.* THE CITY OF OTTUMWA. Appeal from the Circuit Court of the United States for the Southern District of Iowa. November 1, 1909. Dismissed with costs, on motion of counsel for appellant. *Mr. David C. Harrington* for appellant. No appearance for appellee.

---

No. 83. FAIRMONT COAL COMPANY ET. AL., APPELLANTS, *v.* MERCHANTS' COAL COMPANY. Appeal from the United States Circuit Court of Appeals for the Fourth Circuit. November 1, 1909. Dismissed with costs, on motion of counsel for appellants. *Mr. Edgar H. Gans* for appellants. *Mr. William A. Glasgow, Jr., Mr. Frank Gosnell* and *Mr. George Weems Williams* for appellee.

---

No. 84. WASHINGTON GAS LIGHT COMPANY ET AL., APPELLANTS AND PLAINTIFFS IN ERROR, *v.* HENRY B. F. MACFARLAND ET AL., COMMISSIONERS OF THE DISTRICT OF COLUMBIA. Appeal from and in error to the Court of Appeals of the District of Columbia. November 1, 1909. Dismissed with costs, on motion of counsel for appellants and plaintiffs in error. *Mr. R. Ross Perry, Mr. R. Ross Perry, Jr.,* and *Mr. Wilton J. Lambert* for appellants and plaintiffs in error. *Mr. Edward H. Thomas* for appellees and defendants in error.

---

No. 304. MARY HALLIGAN, AS ADMINISTRATRIX, ETC., APPELLANT, *v.* THE TRINIDAD SHIPPING & TRADING COMPANY, LIMITED, ET AL. Appeal from the District Court of the United States for the Southern District of New York. November 1, 1909. Dismissed, per stipulation. *Mr. W. W. Gooch* and *Mr.*

*Frederic C. Scofield* for appellant.   *Mr. J. Parker Kirlin* and *Mr. Charles R. Hickox* for appellees.

No. 502. R. G. MULLEN, APPELLANT, *v.* FRED FORNOFF, CAPTAIN, ETC.   Appeal from the District Court for the First Judicial District of the Territory of New Mexico.   November 1, 1909.   Dismissed with costs, on motion of counsel for appellant.   *Mr. William P. Borland* for appellant.   No appearance for appellee.

No. 44. OSWALD C. LUDWIG, AS SECRETARY OF STATE OF THE STATE OF ARKANSAS, APPELLANT, *v.* THE CHICAGO, ROCK ISLAND & PACIFIC RAILWAY COMPANY.   Appeal from the Circuit Court of the United States for the Eastern District of Arkansas.   November 11, 1909.   Dismissed, per stipulation. *Mr. George W. Hendricks, Mr. William H. Arnold, Mr. William F. Kirby* and *Mr. Hal L. Norwood* for appellant.   *Mr. Thomas S. Buzbee* for appellee.

No. 219. ALPHONSE DUFAUR ET AL., APPELLANTS, *v.* THE UNITED STATES.   Appeal from the District Court of the United States for the Northern District of Illinois.   November 29, 1909.   Dismissed per stipulation, on motion of *Mr. Solicitor General Bowers* for appellee.   *Mr. Holmes Conrad* and *Mr. E. N. Zoline* for appellants.   *The Attorney General* and *The Solicitor General* for appellee.

No. 55. FRANK P. PLAMONDON, PLAINTIFF IN ERROR, *v.* THE STATE OF KANSAS.   In error to the Supreme Court of the